B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Downtown Pawn & Gun, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3297969** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**33 NW 10th Street**<br>**Ocala, FL**<br>ZIP Code **34475** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)  (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>■ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b).<br><br>**Chapter 11 Debtors** |
|---|---|

| **Statistical/Administrative Information**<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Downtown Pawn & Gun, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Downtown Pawn & Gun, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
 Signature of Debtor

**X** _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

### Signature of Attorney*

**X** **/s/ Kenneth A. Glaspey**
 Signature of Attorney for Debtor(s)

 **Kenneth A. Glaspey 38103**
 Printed Name of Attorney for Debtor(s)

 **Law Offices of Kenneth A. Glaspey, Esq.**
 Firm Name

 **411 NE 25th Ave**
 **Ocala, FL 34470**

_____
 Address

 **Email: ken@kennethaglaspey.com**
 **(352) 304-6565  Fax: (352) 509-3033**
 Telephone Number

 **February 25, 2015**
 Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Gary Bennett**
 Signature of Authorized Individual

 **Gary Bennett**
 Printed Name of Authorized Individual

 **President**
 Title of Authorized Individual

 **February 25, 2015**
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

**X** _____

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
## Middle District of Florida

In re   **Downtown Pawn & Gun, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## Exhibit "C" to Voluntary Petition

 1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

 2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Downtown Pawn & Gun, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 13 | 111,434.36 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 34 | | 568,683.02 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 336,200.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| | Total Assets | | 111,434.36 | | |
| | | Total Liabilities | | 904,883.93 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Downtown Pawn & Gun, Inc.**
_____ ,
                                    Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Downtown Pawn & Gun, Inc.**            ,     Case No. _____
_____
                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Downtown Pawn & Gun, Inc.**                                              ,    Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

__12__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.**                                    Case No. _____
                                                     ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Revolver, .44 Mag; Ruger** **DTP - SAFE** | - | **Unknown** |
| | | **Brown auto rifle 243** **Sure Fire weapon with light** **AR 15 lower receiver (manufacturer GTO) minus stock** | - | **Unknown** |
| | | **Set of Callaway Golf Clubs in Black bag** **Taylor made driver** **3 Wood** **Taylor mae Hybrid 2 iron** **Nickett 5 Wood** **Nickett Hybrid 2 iron** | - | **Unknown** |
| | | **Acer Computer/Laptop** **White Gold Heart Necklace** | - | **Unknown** |
| | | **Baretta 9mm** **3 clips** | - | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**                                        ,    Case No. _____
                                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Black and White Diamond Ring | - | Unknown |
| | | Small Plasma TV, approx. 14 inches<br>Gold Necklace with three charms | - | Unknown |
| | | Gold Engagement ring | - | Unknown |
| | | Necklace and charm<br>2 shotguns<br>Wedding Band<br>Weed-eater | - | Unknown |
| | | Gold cluster Ring with diamonds on top | - | Unknown |
| | | Pavilion Hewlett Packard laptop | - | Unknown |
| | | Two gold rings | - | Unknown |
| | | Gold Necklace | - | Unknown |
| | | Three old shotguns<br>Press | - | Unknown |
| | | 2 Rings<br>Wedding Band<br>2 Colt Pistols and cases | - | Unknown |
| | | Jewelry | - | Unknown |
| | | Unsure of what she has in pawn. | - | Unknown |
| | | Rod and Reel<br>Plano Tackle Box full of salt water tackle | - | Unknown |
| | | Go Pro Camera (no charger) | - | Unknown |
| | | 6 guns | - | Unknown |
| | | M57 pistol | - | Unknown |
| | | 15 horsepower Evinrude boat motor<br>Wood burning stove | - | Unknown |
| | | SKS Rifle | - | Unknown |
| | | Jewelry | - | Unknown |
| | | Jewelry | - | Unknown |

Sub-Total >         0.00
(Total of this page)

Sheet __3__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                                            ,   Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Hipointe 99 Rifle (Semi automatic) | - | Unknown |
| | | Item No.: 011089701 Catalog No.: 14041801<br>Item No.: 011089702 Catalog No.: 14220221<br>Item No.: 011089703 Catalog No.: 14041801<br>Item No.: 011089704 Catalog No.: 14210248<br>Item No.: 011089705 Catalog No.: 14111701<br>Item No.: 011089706 Catalog No.: 14031748 | - | Unknown |
| | | Red Electric Scooter | - | Unknown |
| | | Jewelry | - | Unknown |
| | | Laptop<br>Wedding Ring and Engagement ring | - | Unknown |
| | | Multiple items - not sure exactly what | - | Unknown |
| | | One man's cluster ring<br>Once mand ring in shape of horseshoe | - | Unknown |
| | | 2 Gold bracelets<br>Gun | - | Unknown |
| | | 357 Pistol<br>Snapon Impact wrench<br>Northern Tools Impact wrench<br>One Briefcase full of knives<br>something else that he cannot remember at this time. | - | Unknown |
| | | Jewelry | - | Unknown |
| | | Laptop | - | Unknown |
| | | diamond ring<br>earrings<br>bracelet<br>Ruger 22 Magnum Revolver | - | Unknown |
| | | 357 Taurus | - | Unknown |
| | | 2 shotguns | - | Unknown |
| | | 2 gold bracelets | - | Unknown |
| | | Smith and Wesson 9mm | - | Unknown |
| | | Ruger LCR 38 special | - | Unknown |

Sub-Total >                     **0.00**
(Total of this page)

Sheet __4__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.**
_____,    Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ring | - | Unknown |
| | | Necklace with charm<br>diamond earrings | - | Unknown |
| | | 2 saws<br>Tablet<br>shotgun | - | Unknown |
| | | Tri-cycle with motor | - | Unknown |
| | | Rifle | - | Unknown |
| | | Rifle | - | Unknown |
| | | Gold chain | - | 0.00 |
| | | Gold Wedding Band with diamonds | - | Unknown |
| | | Bracelet<br>Ring<br>Necklace<br>gun | - | Unknown |
| | | Engagement ring<br>Necklace<br>cocktail ring (sapphire) | - | Unknown |
| | | Persona Bracelet with charms | - | Unknown |
| | | 22 Rifle | - | Unknown |
| | | Wedding Band | - | Unknown |
| | | Milwaukee Hand Drill | - | Unknown |
| | | 12 gauge shotgun, bold action | - | Unknown |
| | | 4 Rings | - | Unknown |
| | | Unknown as to what is on ticket | - | 0.00 |
| | | Craftsman Red Toolbox filled with assorted tools | - | Unknown |
| | | 2 guns | - | Unknown |
| | | TV | - | Unknown |

Sub-Total >                    0.00
(Total of this page)

Sheet __5__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.**  ,                    Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Jewelry | - | Unknown |
| | | Ring | - | Unknown |
| | | Jewelry 9 guns | - | Unknown |
| | | Three diamond rings | - | Unknown |
| | | Lineman Trade Rifle muzzle loader | - | Unknown |
| | | Multiple items | - | Unknown |
| | | Unknown | - | Unknown |
| | | Multiple items | - | Unknown |
| | | Guns | - | Unknown |
| | | Bicycle | - | Unknown |
| | | Hipointe 995 9mm carbine semi-automatic (7223864/F58878) | - | Unknown |
| | | Gun | - | Unknown |
| | | Pistol | - | Unknown |
| | | Remington 870 pump 12 gauge Magnum in soft leather case. Remington 1100 shotgun semi automatic. | - | Unknown |
| | | Pro-guard gun rack for Jeep. Ordered and shipped to pawn shop. Paid in full $106 | - | 106.00 |
| | | Browning 12 gauge semi automatic. Remington model 1100 12 gauge, semi automatic | - | Unknown |
| | | Class ring | - | Unknown |
| | | Water Pump | - | Unknown |
| | | Lift for scooter | - | Unknown |
| | | 14 foot canoe with trailer trolling motor | - | Unknown |
| | | Taurus .380 handgun | - | Unknown |

Sub-Total >                    106.00
(Total of this page)

Sheet __6__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Gun was to be shipped to gunsmith in Williston for repair (gun paid for). Sausage Mello over/under .22/410 | - | Unknown |
| | | Stihl chain saw | - | Unknown |
| | | Tablet | - | Unknown |
| | | Pistol | - | Unknown |
| | | 18 in. gold necklace | - | Unknown |
| | | 1 shotgun 2 rifles | - | Unknown |
| | | 2 shotguns trumpet Bullfloat Husqvarna hand blower | - | Unknown |
| | | Jewelry Repair (aready paid) - little bag that contains gold and diamond bracelet | - | Unknown |
| | | Single Shot .22 | - | Unknown |
| | | PAWN - Welder | - | Unknown |
| | | PAWN - 2 rings | - | Unknown |
| | | PAWN Shotgun/rifle | - | Unknown |
| | | CONSIGNMENT - Watch in Gause & Son's box. | - | Unknown |
| | | JEWELRY REPAIR - Wedding Set to be sautered together and diamond fixed. | - | Unknown |
| | | PAWN - Rifle and Shotgun | - | Unknown |
| | | PAWN - Tablet | - | Unknown |
| | | PAWN - jewelry | - | Unknown |
| | | PAWN - Lawn mower | - | Unknown |
| | | PAWN - Gun | - | Unknown |
| | | PAWN - .41 Ruger | - | Unknown |

Sub-Total >                   **0.00**
(Total of this page)

Sheet __7__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                                          ,   Case No. _____

                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | PAWN - HP Laptop | - | Unknown |
| | | PAWN - .22 Magnum Revolver | - | Unknown |
| | | PAWN - Lawn mower | - | Unknown |
| | | PAWN - Buffer and Motor | - | Unknown |
| | | PAWN - gold ring, two sapphire rings and ruby ring | - | Unknown |
| | | PAWN - Battling Horses | - | Unknown |
| | | PAWN - Necklace with sting ray, three loose diamonds and wedding band with three diamonds in it | - | Unknown |
| | | PAWN - ring | - | Unknown |
| | | PAWN - 2 Black powder rifles | - | Unknown |
| | | PAWN -  Sniper Rifle | - | Unknown |
| | | PAWN - 5x8 trailer | - | Unknown |
| | | PAWN - Drywall tools: 10 inch skimming box, 12 inch skimming box and Bazooka (taping tool) | - | Unknown |
| | | PAWN - Laptop and TV | - | Unknown |
| | | PAWN - Bracelet | - | Unknown |
| | | PAWN - GPS | - | Unknown |
| | | PAWN - 14 ft boat trailer | - | Unknown |
| | | PAWN - 10 kt hoop earrings | - | Unknown |
| | | PAWN - Power hand tool set | - | Unknown |
| | | PAWN - Skilsaw | - | Unknown |
| | | PAWN - Cluster ring (missing one stone) | - | Unknown |
| | | PAWN - Remington Rifle 30.06 | - | Unknown |
| | | PAWN - 12 gauge shotgun and .308 rifle | - | Unknown |
| | | PAWN - Gucci earrings | - | Unknown |

Sub-Total >                 **0.00**
(Total of this page)

Sheet __**8**__ of __**12**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | PAWN - Bersa 380 pistol | - | Unknown |
| | | PAWN - Trombone | - | Unknown |
| | | PAWN - Stihl Chainsaw | - | Unknown |
| | | PAWN - Purple stone cocktail ring | - | Unknown |
| | | PAWN - Man's red stone free form ring | - | Unknown |
| | | PAWN - 12 gauge blue shotgun | - | Unknown |
| | | PAWN - Element color tv | - | Unknown |
| | | PAWN - Jasmine Guitar | - | Unknown |
| | | PAWN - .50 cal Muzzleloader | - | Unknown |
| | | PAWN - Women's wedding set | - | Unknown |
| | | PAWN - multiple items | - | Unknown |
| | | PAWN - Amethyst Pendant | - | Unknown |
| | | PAWN - Man's wedding band and Woman's cocktail ring | - | Unknown |
| | | PAWN - Woman's diamond cluster ring | - | Unknown |
| | | PAWN - 14 kt. charms | - | Unknown |
| | | PAWN - 22in gold chain | - | Unknown |
| | | PAWN - savage 111 rifle | - | Unknown |
| | | PAWN - Rope necklace with charms | - | Unknown |
| | | PAWN - Woman's wedding set | - | Unknown |
| | | PAWN - Digital camera and Laptop | - | Unknown |
| | | PAWN - Class Ring and Wedding band | - | Unknown |
| | | PAWN - Husqvarna Rifle | - | Unknown |
| | | PAWN - Neck Chain and woman's free form ring | - | Unknown |
| | | PAWN - .22 Rifle | - | Unknown |

Sub-Total >                    0.00
(Total of this page)

Sheet __9__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | PAWN - Skilsaw | - | Unknown |
| | | PAWN - Engagement ring and wedding band | - | Unknown |
| | | PAWN - Multiple jewelry items | - | Unknown |
| | | Consignment - Outdoor Black Dura Cool Refrigerator | - | Unknown |
| | | REPAIR - Earrings needed repair and ring needed to be resized | - | Unknown |
| | | PAWN - Rifle and chain Saw | - | Unknown |
| | | PAWN - Stepladders | - | Unknown |
| | | PAWN - 9mm handgun | - | Unknown |
| | | PAWN - ring and necklace | - | Unknown |
| | | Antiques/Collectables | - | 1,091.17 |
| | | Appliance/Housewares | - | 1,073.33 |
| | | Auto/Truck & Accessories | - | 3,118.71 |
| | | Bicycles and Accessories | - | 190.00 |
| | | Boat & Accessories | - | 120.00 |
| | | Camera/Optics | - | 669.12 |
| | | Clothing & Wallets | - | 237.78 |
| | | Coins | - | 177.50 |
| | | diving equipment | - | 25.00 |
| | | fishing equipment | - | 75.00 |
| | | Furniture | - | 50.00 |
| | | Sports/Taxidermy | - | 1,356.41 |
| | | Hunting/Camping Equipment | - | 4,073.32 |
| | | Jewelry | - | 15,857.31 |

|  | Sub-Total > | 28,114.65 |
|---|---|---|
|  | (Total of this page) | |

Sheet __10__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Knives | - | 1,198.75 |
| | | Motorcycle & Accessories | - | 440.00 |
| | | Music instrument/equipment | - | 21,429.28 |
| | | office equipment | - | 1,255.00 |
| | | silver | - | 80.00 |
| | | scale/balance | - | 367.00 |
| | | stereo/radio | - | 64.98 |
| | | televisions | - | 1,003.50 |
| | | tools | - | 8,205.35 |
| | | toys and games | - | 272.06 |
| | | video equipment | - | 443.67 |
| | | Cassette and CDs | - | 50.74 |
| | | Lawn and garden equipment | - | 1,332.50 |
| | | Ipod/MP3 player | - | 335.00 |
| | | horse equipment | - | 1,957.50 |
| | | state gun call | - | 24.19 |
| | | cell phones and pagers | - | 60.00 |
| | | Guns | - | 17,773.24 |
| | | gun accessories | - | 19,149.48 |
| | | ammunition - hand gun | - | 3,083.91 |
| | | ammunition - rifle small | - | 1,614.57 |
| | | ammunition - rifle large | - | 1,201.28 |
| | | ammunition - shotgun | - | 877.73 |
| | | ammo - black powder | - | 289.61 |

Sub-Total >          82,509.34
(Total of this page)

Sheet __11__ of __12__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                                      ,   Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | black powder accessories | - | 158.02 |
| | | BB/Pellet guns | - | 120.71 |
| | | Bows and Supplies | - | 10.00 |
| | | Key Blanks | - | 410.64 |
| | | Other | - | 5.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >   |   704.37 |
|---|---|---|
| | (Total of this page) | |
| | Total >   | 111,434.36 |

Sheet __12__ of __12__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Downtown Pawn & Gun, Inc.**                                    Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Pawn | | | | | |
| Alexandria Potts 16630 NE 35th Terrace Citra, FL 32113 | | | - | Taurus .380 handgun | | | | | |
| | | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | | Pawn | | | | | |
| Alfred Thomas P.O. Box 472 Reddick, FL 32686 | | | - | Stihl chain saw | | | | | |
| | | | | Value $            Unknown | | | | 75.00 | Unknown |
| Account No. | | | | Layaway | | | | | |
| Angel L. Robinson 9001 SW 20th St. Apt. 1006 Ocala, FL 34474 | | | - | Hipointe 995 9mm carbine semi-automatic (7223864/F58878) | | | | | |
| | | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | | Pawn | | | | | |
| Annette C. Darby 2659 NE 35th St. PMB #18 Ocala, FL 34479 | | | - | PAWN - Element color tv | | | | | |
| | | | | Value $            Unknown | | | | 50.00 | Unknown |

__33__  continuation sheets attached

Subtotal
(Total of this page)

| 125.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** ,
                                                      Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Anthony S. Guillen <br> 2727 NE 42nd Rd. <br> Ocala, FL 34470 | | - | Pawn <br><br> PAWN - Bersa 380 pistol <br><br><br> Value $         Unknown | | | | 100.00 | Unknown |
| Account No. <br><br> Arthur J. Mathis <br> 3725 NE 5th St. <br> Ocala, FL 34480 | | - | Pawn <br><br> PAWN - Cluster ring (missing one stone) <br><br><br> Value $         Unknown | | | | 50.00 | Unknown |
| Account No. <br><br> Ashley Bacon <br> 5140 SE 29th St. #B <br> Ocala, FL 34480 | | - | Automobile <br><br> Car Payment - 2002 Buick LaSabre <br><br><br> Value $         Unknown | | | | Unknown | Unknown |
| Account No. <br><br> Barbara L. McNeal <br> 724 NE 12th Street <br> Ocala, FL 34470 | | - | PAWN - Engagement ring and wedding band <br><br><br> Value $         Unknown | | | | 30.00 | Unknown |
| Account No. <br><br> Barry Cannon <br> P.O. Box 974 <br> Fairfield, FL 32634 | | - | Pawn <br><br> 357 Taurus <br><br><br> Value $         Unknown | | | | Unknown | Unknown |

Sheet __1__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        | 180.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Brian Slanery 125 NE 28th Avenue Ocala, FL 34470 | | - | Smith and Wesson 9mm | | | | | |
| | | | Value $         Unknown | | | | Unknown | Unknown |
| Account No. | | | Consignment | | | | | |
| Candace Rightsell 4014 NE 6th Place Ocala, FL 34470 | | - | Unknown | | | | | |
| | | | Value $         Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Carla A. Hill 3541 E. Ft. King St. 148-D Ocala, FL 34471 | | - | PAWN - Class Ring and Wedding band | | | | | |
| | | | Value $         Unknown | | | | 50.00 | Unknown |
| Account No. | | | Consignment | | | | | |
| CDM Arms P.O. Box 5801 Ocala, FL 34478 | | - | Multiple items | | | | | |
| | | | Value $         Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Charles Clayton 14268 NE 53rd Court Road Citra, FL 32113 | | - | PAWN - 2 Black powder rifles | | | | | |
| | | | Value $         Unknown | | | | 156.25 | Unknown |

Sheet __2__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          206.25          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Pawn | | | | | |
| Charles Jones 14590 NE 250th Avenue Salt Springs, FL 32134 | | - | | Pistol | | | | | |
| | | | | Value $         **Unknown** | | | | 300.00 | Unknown |
| Account No. | | | | Purchase Money Security | | | | | |
| Charles McCoy 525 SE 56th Avenue Ocala, FL 34480 | | - | | Tablet | | | | | |
| | | | | Value $         **Unknown** | | | | 120.00 | Unknown |
| Account No. | | | | Pawn | | | | | |
| Charlotte Stupelis 9113 NW 59th Court Ocala, FL 34482 | | - | | ring | | | | | |
| | | | | Value $         **Unknown** | | | | Unknown | Unknown |
| Account No. | | | | Pawn | | | | | |
| Christopher M. Abbate 1612 NE 17th Ct. Ocala, FL 34470 | | - | | PAWN - Neck Chain and woman's free form ring | | | | | |
| | | | | Value $         **Unknown** | | | | 30.00 | Unknown |
| Account No. | | | | Pawn | | | | | |
| Christy Edwards 144 Pecan Drive Ocala, FL 34472 | | - | | PAWN - gold ring, two sapphire rings and ruby ring | | | | | |
| | | | | Value $         **Unknown** | | | | 250.00 | Unknown |

Sheet __3__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 700.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2596** | | | **Inventory** | | | | | |
| **Citizens First** **1050 Lake Sumter Landing** **The Villages, FL 32162** | - | | | | | | | |
| | | | Value $ **0.00** | | | | **555,485.88** | **555,485.88** |
| Account No. | | | **Mortgage** | | | | | |
| **CLD Investments** **101 NE 16th Ave.** **Ocala, FL 34470** | - | | | | | | | |
| | | | Value $ **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Pro-guard gun rack for Jeep. Ordered and shipped to pawn shop. Paid in full $106** | | | | | |
| **Cory Bills** **47902 Deer Crossing Rd.** **Altoona, FL 32702** | - | | | | | | | |
| | | | Value $ **106.00** | | | | **106.00** | **0.00** |
| Account No. | | | **Pawn** **2 shotguns** | | | | | |
| **Coy Brooks** **P.O. Box 344** **Reddick, FL 32686** | - | | | | | | | |
| | | | Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | **Pawn** **PAWN - ring and necklace** | | | | | |
| **Cynthia Murry** **P.O. Box 1077** **Citra, FL 32113** | - | | | | | | | |
| | | | Value $ **Unknown** | | | | **150.00** | **Unknown** |

Sheet __4___ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **555,741.88**    **555,485.88**

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Damian Cart 1605 NE 38th Terrace Ocala, FL 34470 | | - | Necklace and charm 2 shotguns Wedding Band Weed-eater | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Daniel Leslie Boyd 2555 NE 49th St. Ocala, FL 34479 | | - | PAWN - Husqvarna Rifle | | | | | |
| | | | Value $          Unknown | | | | 150.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| David Glorius 3969 NE 67th Terrace Silver Springs, FL 34488 | | - | Gold Wedding Band with diamonds | | | | | |
| | | | Value $          Unknown | | | | 200.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| David Wade 923 NE 2nd Street Ocala, FL 34470 | | - | PAWN - Rifle and chain Saw | | | | | |
| | | | Value $          Unknown | | | | 400.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Dawn Birdsdy 141 NE 47th Court Ocala, FL 34470 | | - | Three old shotguns Press | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |

Sheet __5__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          | 750.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Debra M. Hart<br>4003 SW 4th Avenue<br>Ocala, FL 34471 | | - | Repair<br><br>JEWELRY REPAIR - Wedding Set to be sautered together and diamond fixed.<br><br>Value $ Unknown | | | | Unknown | Unknown |
| Account No.<br><br>Delores Monahan<br>15585 NW Gainesville Rd.<br>Citra, FL 32113 | | - | Pawn<br><br>PAWN - Battling Horses<br><br>Value $ Unknown | | | | 150.00 | Unknown |
| Account No.<br><br>Denise Farbsten<br>5001 SW 20th St. Unit 7803<br>Ocala, FL 34474 | | - | Pawn<br><br>diamond ring<br>earrings<br>bracelet<br>Ruger 22 Magnum Revolver<br><br>Value $ Unknown | | | | Unknown | Unknown |
| Account No.<br><br>Dessie (Vicki) Turner<br>6340 NW 13th Ave.<br>Ocala, FL 34475 | | - | Repair<br><br>REPAIR - Earrings needed repair and ring needed to be resized<br><br>Value $ Unknown | | | | Unknown | Unknown |
| Account No.<br><br>Don Johnson<br>1401 N. Halifax<br>Daytona Beach, FL 32118 | | - | Consignment<br><br>Water Pump<br><br>Value $ Unknown | | | | Unknown | Unknown |

Sheet _6___ of _33___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 150.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** ,                                        Case No. _____
_____
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Consignment | | | | | |
| Donald Swearingen 377 NW 14th Street Ocala, FL 34475 | - | | Guns | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Donna Campbell P.O. Box 5013 Ocala, FL 34478 | - | | PAWN - Tablet | | | | | |
| | | | Value $        Unknown | | | | 50.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Dwayne Orme 15259 NE 84th Place Silver Springs, FL 34488 | - | | 22 Rifle | | | | | |
| | | | Value $        Unknown | | | | 40.00 | Unknown |
| Account No. | | | Consignment | | | | | |
| Ed Fisher 5324 SW 31st Street Ocala, FL 34474 | - | | Lift for scooter | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |
| Account No. | | | Consignment | | | | | |
| Edward Whitlock 10155 SW 100th Ave. Ocala, FL 34481 | - | | Multiple items | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |

Sheet __7__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 90.00 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____ ,     Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Elljean Katther**<br>**6049 NW 61st Lane**<br>**Ocala, FL 34482** | | - | Pawn<br><br>Jewelry<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Elvira Williams**<br>**P.O. Box 5945**<br>**Ocala, FL 34478** | | - | Pawn<br><br>Two gold rings<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Fletcher J. Kingcade**<br>**10305 NW 63rd St.**<br>**Ocala, FL 34482** | | - | Pawn<br><br>PAWN - 12 gauge blue shotgun<br><br>Value $     **Unknown** | | | | **80.00** | **Unknown** |
| Account No.<br><br>**Frances L. Kelley**<br>**2863 SE 145th Street**<br>**Summerfield, FL 34491** | | - | Pawn<br><br>PAWN - Multiple jewelry items<br><br>Value $     **Unknown** | | | | **300.00** | **Unknown** |
| Account No.<br><br>**Fred McGinnis**<br>**66 Redwood Road**<br>**Ocala, FL 34472** | | - | Pawn<br><br>PAWN - Gun<br><br>Value $     **Unknown** | | | | **300.00** | **Unknown** |

Sheet _8_ of _33_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal     **680.00**     **0.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Gary Boyd 3310 NE 49th Street Ocala, FL 34479 | | - | Revolver, .44 Mag; Ruger DTP - SAFE | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Gary Kenyon 2020 NE 79th Place Ocala, FL 34479 | | - | 2 shotguns trumpet Bullfloat Husqvarna hand blower | | | | | |
| | | | Value $          Unknown | | | | 250.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Gary M. Kenyon 2020 NE 79th Place Ocala, FL 34479 | | - | PAWN - multiple items | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| George Glick 9394 SW 101st Place Ocala, FL 34481 | | - | 2 saws Tablet shotgun | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn 357 Pistol | | | | | |
| Gordon Goodwin 7450 NW Gainesville Road Ocala, FL 34475 | | - | Snapon Impact wrench Northern Tools Impact wrench One Briefcase full of knives something else that he cannot remember at this time. | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |

Sheet **9** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 250.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.**                                    ,          Case No. _____
                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Gretchen Arnold 1416 NE 32nd Terrace Ocala, FL 34470 | - | | Laptop Wedding Ring and Engagement ring | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Heather Halvorsen 4250 NW 22nd Ave. Ocala, FL 34475 | | | Bracelet Ring Necklace gun | | | | | |
| | | | Value $          Unknown | | | | 400.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Heidi Holland 1147 SE 35th Avenue Ocala, FL 34471 | | | Engagement ring Necklace cocktail ring (sapphire) | | | | | |
| | | | Value $          Unknown | | | | 450.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Henry M. Teuton 28 NW 14th Street Ocala, FL 34475 | - | | Red Electric Scooter | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Ismael Torres 13344 SW 29th Circle Ocala, FL 34473 | - | | Hipointe 99 Rifle (Semi automatic) | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |

Sheet **10** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          850.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |
| Account No. |  |  |  | Layaway |  |  |  |  |  |
| Jack E. Chilton 500 SW 139th Avenue Ocala, FL 34481 |  |  | - | Pistol |  |  |  |  |  |
|  |  |  |  | Value $         Unknown |  |  |  | Unknown | Unknown |
| Account No. |  |  |  | Pawn |  |  |  |  |  |
| Jacqueline Biggers 609 SE 31st Avenue Ocala, FL 34471 |  |  |  | 2 Rings Wedding Band 2 Colt Pistols and cases |  |  |  |  |  |
|  |  |  |  | Value $         Unknown |  |  |  | Unknown | Unknown |
| Account No. |  |  |  | Pawn |  |  |  |  |  |
| Jaime Gibson 853 NE 77th Lane Ocala, FL 34479 |  |  | - | SKS Rifle |  |  |  |  |  |
|  |  |  |  | Value $         Unknown |  |  |  | Unknown | Unknown |
| Account No. |  |  |  | Pawn |  |  |  |  |  |
| James C. Roberts Jr. P.O. Box 242 Fort Mc Coy, FL 32134 |  |  | - | PAWN - 12 gauge shotgun and .308 rifle |  |  |  |  |  |
|  |  |  |  | Value $         Unknown |  |  |  | 300.00 | Unknown |
| Account No. |  |  |  | Pawn |  |  |  |  |  |
| James Kent 956 NE 6th Street Ocala, FL 34470 |  |  | - | PAWN - 5x8 trailer |  |  |  |  |  |
|  |  |  |  | Value $         Unknown |  |  |  | 300.00 | Unknown |

Sheet __11__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 600.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  **James Roberts** P.O. Box 242 Fort Mc Coy, FL 32134 | | - | Pawn  1 shotgun 2 rifles  Value $          Unknown | | | | 700.00 | Unknown |
| Account No.  **Jay Peterson** 910 NE 18th St. Ocala, FL 34470 | | - | Pawn  Milwaukee Hand Drill  Value $          Unknown | | | | Unknown | Unknown |
| Account No.  **Jeanette Velasquez** 3413 NE 15th Ave. Ocala, FL 34479 | | - | Pawn  PAWN - Lawn mower  Value $          Unknown | | | | 250.00 | Unknown |
| Account No.  **Jeff Wilkerson** 9801 SE 160th Ave. Ocklawaha, FL 32179 | | - | Pawn  Craftsman Red Toolbox filled with assorted tools  Value $          Unknown | | | | 200.00 | Unknown |
| Account No.  **Jennifer Lynmn Johnson** 3459 NE 11th Street Ocala, FL 34470 | | - | Pawn  Acer Computer/Laptop White Gold Heart Necklace  Value $          Unknown | | | | Unknown | Unknown |

Sheet __12__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

1,150.00 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Jesse White 2724 NE 24th Place Ocala, FL 34470 | | - | Baretta 9mm 3 clips | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Jobria Walker 56 Hemlock Circle Ocala, FL 34472 | | - | Jewelry | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| John Bienko P.O. Box 5193 Ocala, FL 34478 | | - | Browning 12 gauge semi automatic. Remington model 1100 12 gauge, semi automatic | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| John Johnston P.O. Box 44 Ocala, FL 34478 | | - | Brown auto rifle 243 Sure Fire weapon with light AR 15 lower receiver (manufacturer GTO) minus stock | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| John Lofey 951 NE 16th St. Ste. A Ocala, FL 34470 | | - | Gold chain | | | | | |
| | | | Value $            0.00 | | | | 180.00 | 180.00 |

Sheet __13__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 180.00 | 180.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**                                    ,    Case No. _____
                                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Consignment | | | | | |
| John Plunkett P.O. Box 5801 Ocala, FL 34478 | - | | Multiple items | | | | | |
| | | | Value $           Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Jolene Haley 23482 NE 110th Court Fort Mc Coy, FL 32134 | - | | PAWN - GPS | | | | | |
| | | | Value $           Unknown | | | | 50.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Jonathan M. Cronmiller 15130 Ne 150th Ln. Fort Mc Coy, FL 32134 | - | | PAWN - Man's red stone free form ring | | | | | |
| | | | Value $           Unknown | | | | 90.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Jordan Libby 10167 NE Highway 314 Silver Springs, FL 34488 | - | | PAWN - 9mm handgun | | | | | |
| | | | Value $           Unknown | | | | 150.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Joseph C. Pace 5300 NE 14th Ave. Apt 1 Ocala, FL 34479 | - | | PAWN - Trombone | | | | | |
| | | | Value $           Unknown | | | | 60.00 | Unknown |

Sheet __14__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 350.00 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.**                                                 ,        Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joseph E. Fischer<br>608 SE 41st Avenue<br>Ocala, FL 34471 | | - | Pawn<br><br>Go Pro Camera (no charger)<br><br>Value $       Unknown | | | | Unknown | Unknown |
| Account No.<br><br>Josue Samuel Brown<br>4037 NW Blitchton Rd apt52B<br>Ocala, FL 34475 | | - | Pawn<br><br>PAWN - 14 kt Gucci earrings<br><br>Value $       Unknown | | | | 20.00 | Unknown |
| Account No.<br><br>Josue Samuel Brown<br>4037 NW Blitchton Rd apt52B<br>Ocala, FL 34475 | | - | Pawn<br><br>PAWN - Gucci earrings<br><br>Value $       Unknown | | | | 20.00 | Unknown |
| Account No.<br><br>Jules Bouckhuyt<br>5140 SE 18th Street<br>Ocala, FL 34480 | | - | Pawn<br><br>Ruger LCR 38 special<br><br>Value $       Unknown | | | | Unknown | Unknown |
| Account No.<br><br>Justin L. Cowart<br>16337 NE 154th Street<br>Fort Mc Coy, FL 32134 | | - | Pawn<br><br>PAWN - Remington Rifle 30.06<br><br>Value $       Unknown | | | | 80.00 | Unknown |

Sheet __15__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                          120.00                0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Justin R. Harrison 55 Pecan Pass Ocala, FL 34472 | | - | PAWN - .22 Rifle | | | | | |
| | | | Value $              Unknown | | | | 50.00 | Unknown |
| Account No. | | | Consignment | | | | | |
| Kalvin Francis 191 N 314A Silver Springs, FL 34488 | | - | Consignment - Outdoor Black Dura Cool Refrigerator | | | | | |
| | | | Value $              Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Kashunda Parker Oak Lane Drive Ocala, FL 34472 | | - | PAWN - HP Laptop | | | | | |
| | | | Value $              Unknown | | | | 150.00 | Unknown |
| Account No. | | | Repair | | | | | |
| Kathy Patel 3696 E. Yandle Place Inverness, FL 34453 | | - | Jewelry Repair (aready paid) - little bag that contains gold and diamond bracelet | | | | | |
| | | | Value $              Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Katirria Miranda 6121 NW 60th Street Ocala, FL 34482 | | - | PAWN - Laptop and TV | | | | | |
| | | | Value $              Unknown | | | | 180.00 | Unknown |

Sheet __16__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 380.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** ,     Case No. _____
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Keith Gross 1057 NE 19th Street Ocala, FL 34470 | | - | PAWN - Lawn mower | | | | | |
| | | | Value $          Unknown | | | | 150.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Kevin L. Samuel 3050 SE 62 St. Ocala, FL 34480 | | - | PAWN - Stihl Chainsaw | | | | | |
| | | | Value $          Unknown | | | | 140.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Kimberly A. Terrell 600 SW 38th Ave. Lop 70 Ocala, FL 34470 | | - | PAWN - Skilsaw | | | | | |
| | | | Value $          Unknown | | | | 10.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Kimberly R. Chete 110 Ne 12th Terrace, Apt. 1 Ocala, FL 34470 | | - | PAWN - Digital camera and Laptop | | | | | |
| | | | Value $          Unknown | | | | 150.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Kimberly Tyler 27 Bahia Court Track Ocala, FL 34472 | | - | 18 in. gold necklace | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |

Sheet **17** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      450.00      0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Lakaysha Rupledge 502 NW 6th Terrace Ocala, FL 34475 | | - | PAWN - ring | | | | | |
| | | | Value $          Unknown | | | | 60.00 | Unknown |
| Account No. | | | Consignment | | | | | |
| Larry Brown 9309 Spring Terrace Ocala, FL 34472 | | - | Lineman Trade Rifle muzzle loader | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Leigh Gallups 2407 SE 18th circle Ocala, FL 34471 | | - | 2 gold bracelets | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Leroy Epps 5921 NW 9th Street Ocala, FL 34482 | | - | Tri-cycle with motor | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Leslie Bahn 1753 NE 12th Street Ocala, FL 34470 | | - | PAWN - Bracelet | | | | | |
| | | | Value $          Unknown | | | | 250.00 | Unknown |

Sheet __18__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | |
|---|---|
| 310.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.**                                     ,     Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Linda Harven 2806 SW 16th Place Ocala, FL 34474 | | - | Gold Necklace | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Layaway | | | | | |
| Linda Pauley 2210 SE 16th Court Ocala, FL 34470 | | - | Bicycle | | | | | |
| | | | Value $          Unknown | | | | 40.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Lisa M. Cochran 1102 Howard St. E Live Oak, FL 32064 | | - | PAWN - 14 kt. charms | | | | | |
| | | | Value $          Unknown | | | | 60.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Lois Johnson 3151 NE 56th St. Lot M 8 Silver Springs, FL 34488 | | - | Multiple items - not sure exactly what | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Lonie Walker 1914 NW 12th Avenue Ocala, FL 34475 | | - | Rifle | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |

Sheet __19__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                100.00                0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Lori L. Willis 5408 Pecan Rd. Ocala, FL 34472 | | - | PAWN - Women's wedding set | | | | | |
| | | | Value $         Unknown | | | | 200.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Lucy C. Graham 14000 Ne 47th Avenue Anthony, FL 32617 | | - | PAWN - Woman's diamond cluster ring | | | | | |
| | | | Value $         Unknown | | | | 200.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Lynn Grimsley 4330 NE 2nd Court Ocala, FL 34479 | | - | PAWN - Rifle and Shotgun | | | | | |
| | | | Value $         Unknown | | | | 500.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Marsha F. Tripp 5925 SE 46th Ave. Rd. Ocala, FL 34480 | | - | PAWN - Purple stone cocktail ring | | | | | |
| | | | Value $         Unknown | | | | 75.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Megan R. Evans 4065 Dahl Dr. Lake Worth, FL 33463 | | - | PAWN - Amethyst Pendant | | | | | |
| | | | Value $         Unknown | | | | 70.00 | Unknown |

Sheet _20_ of _33_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                     1,045.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                                            ,        Case No. _____
                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Layaway | | | | | |
| Melissa Jenkins 9901 N. Corlandt Dr. Dunnellon, FL 34434 | | - | Gun | | | | | |
| | | | Value $         Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Michael A. Clark 25 SW 134th Ct. Ocala, FL 34481 | | - | PAWN - Skilsaw | | | | | |
| | | | Value $         Unknown | | | | 30.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Michael A. Kluck 69 Dogwood Dr. Lp. Ocala, FL 34472 | | - | PAWN - Rope necklace with charms | | | | | |
| | | | Value $         Unknown | | | | 160.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Michael R. Russell 970 NE 18th St. Ocala, FL 34470 | | - | PAWN - .50 cal Muzzleloader | | | | | |
| | | | Value $         Unknown | | | | 100.00 | Unknown |
| Account No. | | | Consignment | | | | | |
| Michele Frank Debari 8678 SW 95th St. #D Ocala, FL 34481 | | - | Three diamond rings | | | | | |
| | | | Value $         Unknown | | | | Unknown | Unknown |

Sheet __21__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 290.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** ,
_____
Debtor

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Mike Martin 1134 E. Silver Springs Blvd. Ocala, FL 34470 | | - | 15 horsepower Evinrude boat motor Wood burning stove | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Miladros Torres 15320 SW 43rd Ave. Rd. Ocala, FL 34473 | | - | TV | | | | | |
| | | | Value $        Unknown | | | | 150.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Nathaniel Pullings Jr. 1026 SW 5th St. Ocala, FL 34471 | | - | PAWN - Woman's wedding set | | | | | |
| | | | Value $        Unknown | | | | 40.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Odessa Troutman 18040 SW 31st Street Dunnellon, FL 34432 | | - | PAWN - 2 rings | | | | | |
| | | | Value $        Unknown | | | | 150.00 | Unknown |
| Account No. | | | Purchase Money Security | | | | | |
| Pat Raveling P.O. Box 25 Sparr, FL 32192 | | - | Jewelry 9 guns | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |

Sheet **22** of **33** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 340.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Patricia Joanne Booth 22350 NE 106th Avenue Fort Mc Coy, FL 32134 | | - | 12 gauge shotgun, bold action | | | | | |
| | | | Value $            Unknown | | | | 90.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Patricia Jones 3504 SE 33rd Court Ocala, FL 34471 | | - | Laptop | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Patricia Wisler 3151 NW 44th Ave., Lot. 111 Ocala, FL 34482 | | - | PAWN Shotgun/rifle | | | | | |
| | | | Value $            Unknown | | | | 60.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Philip Briasco 7 Lakewood Circle Ocala, FL 34482 | | - | 2 Gold bracelets Gun | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Phillip Kent 1612 NE 25th Ave. Lot 62 Ocala, FL 34470 | | - | Jewelry | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |

Sheet __23__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 150.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____ ,    Case No. _____
                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Phyllis Mulkey 8961 SE 88th Lane Ocala, FL 34472 | | - | Gold Engagement ring | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Randy McCoin 17680 SW 34th Street Dunnellon, FL 34432 | | - | Set of Callaway Golf Clubs in Black bag Taylor made driver 3 Wood Taylor mae Hybrid 2 iron Nickett 5 Wood Nickett Hybrid 2 iron | | | | | |
| | | | Value $            Unknown | | | | 100.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Raymond Wiles 1773 Nw 44th Street Ocala, FL 34475 | | - | PAWN - Necklace with sting ray, three loose diamonds and wedding band with three diamonds in it | | | | | |
| | | | Value $            Unknown | | | | 500.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Rena Thornton 10650 NW County Hwy. 318 Reddick, FL 32686 | | - | Jewelry | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Rene Lovett 9305 SE 106th Place Belleview, FL 34420 | | - | PAWN - .22 Magnum Revolver | | | | | |
| | | | Value $            Unknown | | | | 125.00 | Unknown |

Sheet __24__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 725.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                              ,          Case No. _____
                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Renita Thornton 10650 NW County Hwy. 318 Reddick, FL 32686 | - | | Jewelry | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Consignment | | | | | |
| Rhoda Pilcher 6735 NW 60th Street Ocala, FL 34482 | - | | CONSIGNMENT - Watch in Gause & Son's box. | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Rich Monsignore P.O. Box 905 Anthony, FL 32617 | - | | One man's cluster ring Once mand ring in shape of horseshoe | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Robert D. Turpin 5951 NE 22nd Ave. Ocala, FL 34479 | - | | PAWN - Jasmine Guitar | | | | | |
| | | | Value $          Unknown | | | | 20.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Robert Wellborn 4809 NE 2nd Loop Ocala, FL 34470 | - | | Class ring | | | | | |
| | | | Value $          Unknown | | | | 125.00 | Unknown |

Sheet __25__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 145.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Ronald Newton 15399 NE 107th Terrace Road Fort Mc Coy, FL 32134 | | - | PAWN - .41 Ruger | | | | | |
| | | | Value $        Unknown | | | | 200.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Ronald Stewart 1149 NE 70th Street Ocala, FL 34479 | | - | PAWN - Buffer and Motor | | | | | |
| | | | Value $        Unknown | | | | 325.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Ronald Woodard 31 Fisher Run Terrace Ocklawaha, FL 32179 | | - | PAWN - Drywall tools: 10 inch skimming box, 12 inch skimming box and Bazooka (taping tool) | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Roxanne Michael 2815 N. Pine Avenue, Lot 23 Ocala, FL 34475 | | - | 6 guns | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Russell W. Smith 9910 SW 196th Ct. Dunnellon, FL 34432 | | - | PAWN - Power hand tool set | | | | | |
| | | | Value $        Unknown | | | | 50.00 | Unknown |

Sheet __26__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          575.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Samantha Burris P.O. Box 425 Reddick, FL 32686 | | - | Single Shot .22 | | | | | |
| | | | Value $           **Unknown** | | | | **75.00** | **Unknown** |
| Account No. | | | Pawn Item No.: 011089701 Catalog No.: 14041801 Item No.: 011089702 Catalog No.: 14220221 Item No.: 011089703 Catalog No.: 14041801 Item No.: 011089704 Catalog No.: | | | | | |
| Sara Crampton 7865 W. Highway 40, Lot 136 | | - | | | | | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Pawn | | | | | |
| Sarah Bryant 3560 SW 36th Ln. Apt A Ocala, FL 34474 | | - | Unsure of what she has in pawn. | | | | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Pawn | | | | | |
| Sarah Chanavorachai 1605 NE 38th Terrace Ocala, FL 34470 | | - | Necklace and charm 2 shotguns Wedding Band Weed-eater | | | | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Pawn | | | | | |
| Scott West 36 Bahia Pass Ocala, FL 34472 | | - | PAWN - Stepladders | | | | | |
| | | | Value $           **Unknown** | | | | **50.00** | **Unknown** |

Sheet __27__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | |
|---|---|
| **125.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.** ,  Case No. _____
                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Sharon I. Tanner<br>6701 NW 47th Ave.<br>Ocala, FL 34482 | | - | PAWN - 22in gold chain | | | | | |
| | | | Value $            Unknown | | | | 39.89 | Unknown |
| Account No. | | | Pawn | | | | | |
| Sharon Mills<br>5721 NW 16th Place<br>Ocala, FL 34482 | | - | Small Plasma TV, approx. 14 inches<br>Gold Necklace with three charms | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Sharon Sinha<br>1236 SW 3rd Street<br>Ocala, FL 34471 | | - | Gold cluster Ring with diamonds on top | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Shawn Hamilton<br>2955 NW 32nd Place<br>Ocala, FL 34479 | | - | Jewelry | | | | | |
| | | | Value $            Unknown | | | | 60.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Sherry Pryor<br>3261 NE 57th Ave. Apt D<br>Silver Springs, FL 34488 | | - | Black and White Diamond Ring | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |

Sheet __28__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 99.89 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Sidney Douglas 2 Teak Loop Lane Ocala, FL 34470 | | - | Unknown as to what is on ticket | | | | | |
| | | | Value $          0.00 | | | | 90.00 | 90.00 |
| Account No. | | | Pawn | | | | | |
| Starene L. Daymon 621 NW 2nd St. #1808 Ocala, FL 34475 | | - | PAWN - 10 kt hoop earrings | | | | | |
| | | | Value $          Unknown | | | | 10.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Susan Lorincz 3680 NW 115th Avenue Ocala, FL 34482 | | - | Pavilion Hewlett Packard laptop | | | | | |
| | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Terkessa Reynolds 514 Bahia Track Run Ocala, FL 34472 | | - | PAWN - jewelry | | | | | |
| | | | Value $          Unknown | | | | 400.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Terry Hickman, Jr. 8025 E. Highway 316 Fort Mc Coy, FL 32134 | | - | Persona Bracelet with charms | | | | | |
| | | | Value $          Unknown | | | | 100.00 | Unknown |

Sheet __29__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 600.00 | 90.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| **Terry Place** **271 SE 52nd Court** **Ocala, FL 34471** | - | | **Wedding Band** | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Pawn | | | | | |
| **Thomas Johnson** **3151 NE 56th St. Lot M 8** **Silver Springs, FL 34488** | - | | **Multiple items - not sure exactly what** | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Pawn | | | | | |
| **Thomas L. Joseph** **2701 NE 7th St. #904** **Ocala, FL 34470** | - | | **M57 pistol** | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Pawn | | | | | |
| **Timothy Mosley** **8781 NE 27th Terrace** **Anthony, FL 32617** | - | | **Rifle** | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Pawn | | | | | |
| **Toby Green** **2021 NW 40th Street** **Ocala, FL 34475** | - | | **14 foot canoe with trailer trolling motor** | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __30__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **0.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____ ,    Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pawn | | | | | |
| Toby L. Greene 2021 NW 40th Street Ocala, FL 34475 | | - | PAWN - 14 ft boat trailer | | | | | |
| | | | Value $        Unknown | | | | 200.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Travis Edwards 144 Pecan Drive Ocala, FL 34472 | | - | 4 Rings | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Travis Edwards 144 Pecan Drive Ocala, FL 34472 | | - | PAWN - gold ring, two sapphire rings and ruby ring | | | | | |
| | | | Value $        Unknown | | | | 250.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Vernon Jacobs 1621 NW 3rd Street Ocala, FL 34475 | | - | PAWN - Welder | | | | | |
| | | | Value $        Unknown | | | | 80.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Veronica Harraman 2730 NE 42nd Place Ocala, FL 34479 | | - | Necklace with charm diamond earrings | | | | | |
| | | | Value $        Unknown | | | | Unknown | Unknown |

Sheet __31__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          530.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**
_____ ,    Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Consignment | | | | | |
| Veterans Helping Veterans 1527 NE 8th Ave. Ocala, FL 34470 | - | | Multiple items | | | | | |
| | | | Value $                Unknown | | | | Unknown | Unknown |
| Account No. | | | Pawn | | | | | |
| Virgie Cruz P.O. Box 2283 Silver Springs, FL 34489 | - | | 2 guns | | | | | |
| | | | Value $                Unknown | | | | 125.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| Wayne Cook 7101 W. Anthony Rd Lot 47 Ocala, FL 34479 | - | | PAWN -  Sniper Rifle | | | | | |
| | | | Value $                Unknown | | | | 200.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| William Dyals 608 NE 21st Street Ocala, FL 34470 | - | | Remington 870 pump 12 gauge Magnum in soft leather case. Remington 1100 shotgun semi automatic. | | | | | |
| | | | Value $                Unknown | | | | 250.00 | Unknown |
| Account No. | | | Pawn | | | | | |
| William E. Prendergast 2830 NE 42nd Place Ocala, FL 34479 | - | | PAWN - Man's wedding band and Woman's cocktail ring | | | | | |
| | | | Value $                Unknown | | | | 60.00 | Unknown |

Sheet __32__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                635.00                0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____ ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Pawn | | | | | |
| William H. Westphal 1336 NE 33rd Street Ocala, FL 34479 | | - | | | Rod and Reel Plano Tackle Box full of salt water tackle | | | | | |
| | | | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | | | Repair | | | | | |
| William Medley 99 Fisher Lane Run Ocklawaha, FL 32179 | | | | | Gun was to be shipped to gunsmith in Williston for repair (gun paid for). Sausage Mello over/under .22/410 | | | | | |
| | | | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | | | Pawn | | | | | |
| William Prendergast 2830 NE 32nd Place Ocala, FL 34479 | | - | | | Ring | | | | | |
| | | | | | Value $          Unknown | | | | 60.00 | Unknown |
| Account No. | | | | | Consignment | | | | | |
| William Rightsell 4014 NE 6th Place Ocala, FL 34470 | | - | | | Unknown | | | | | |
| | | | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __33__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 60.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 568,683.02 | 555,755.88 |

B6E (Official Form 6E) (4/13)

.

In re    **Downtown Pawn & Gun, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Downtown Pawn & Gun, Inc.**
                                                                    ,  Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Taxes** | | | | | |
| **Florida Dept. of Revenue 5050 W. Tennessee St. Bldg. L Tallahassee, FL 32399** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Downtown Pawn & Gun, Inc.**                                                    ,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **x-x2009**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | - | | | **Credit card purchases** | | | | **4,956.08** |
| Account No. **7317**<br><br>**Amscot**<br>**P.O. Box 25137**<br>**Tampa, FL 33622** | | | | | **Collections** | | | | **583.83** |
| Account No. **xxxxxx8909**<br><br>**Bank of America**<br>**P.O. Box 45144**<br>**Jacksonville, FL 32232** | | - | | | **Credit card purchases** | | | | **8,352.82** |
| Account No. **xx5906**<br><br>**Big Rock Sports**<br>**P.O. Box 11407**<br>**Dept. 788**<br>**Birmingham, AL 35246** | | - | | | **Equipment Sales/Leasing** | | | | **13,652.52** |

| __7__   continuation sheets attached | Subtotal<br>(Total of this page) | **27,545.25** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Downtown Pawn & Gun, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Brad Richell** **3120 SE 4th St.** **Ocala, FL 34471** | | | | | | | | **20,000.00** |
| Account No. | | - | | Insurance | | | | |
| **Burke Insurance Services** **P.O. Box 1134** **Dunedin, FL 34697** | | | | | | | | **Unknown** |
| Account No. **xxv. #409** | | - | | Repair | | | | |
| **Cardini Leather USA** **15362 SW 25 Terr.** **Miami, FL 33185** | | | | | | | | **261.40** |
| Account No. **xxxxx7381** | | - | | Utilities | | | | |
| **CenturyLink** **P.O. Box 1319** **Charlotte, NC 28201** | | | | | | | | **548.59** |
| Account No. **xX911** | | - | | Credit card purchases | | | | |
| **Chevron and Texaco** **P.O. Box 70995** **Charlotte, NC 28272** | | | | | | | | **401.26** |

Sheet no. __1__ of __7__ sheets attached to Schedule of                    Subtotal                **21,211.25**
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx1015**<br><br>**Citi Cards**<br>**Box 6062**<br>**Sioux Falls, SD 57117** | - | | **Credit card purchases** | | | | **13,598.02** |
| Account No. **xxxxxxx-0001**<br><br>**Citi Merchant Services**<br>**P.O. Box 6600**<br>**Hagerstown, MD 21740** | - | | **Equipment Sales/Leasing** | | | | **Unknown** |
| Account No. **xxxxxx-xx3161**<br><br>**City of Ocala**<br>**201 SE 3rd Street**<br>**Ocala, FL 34471** | - | | **Utilities** | | | | **968.30** |
| Account No. **312**<br><br>**Clardy Oil Company**<br>**P.O. Box 849**<br>**Ocala, FL 34478** | - | | **Credit card purchases** | | | | **123.92** |
| Account No.<br><br>**CLD Investments**<br>**101 NE 16th Ave.**<br>**Ocala, FL 34470** | - | | **Personal Loan** | | | | **25,000.00** |

Sheet no. __**2**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **39,690.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Downtown Pawn & Gun, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xOW-01** <br><br> **Cox Fire Protection** <br> **3686 NE 45th Place** <br> **Ocala, FL 34479** | | - | Utilities | | | | 85.00 |
| Account No. **xxxxx5642** <br><br> **DirectTV** <br> **P.O. Box 5392** <br> **Miami, FL 33152** | | - | Utilities | | | | 115.42 |
| Account No. **xxxxxx5135** <br><br> **Ellett Brothers** <br> **267 Columbia Ave.** <br> **Chapin, SC 29036** | | - | Equipment Sales/Leasing | | | | 2,877.48 |
| Account No. **xxxxxxx7075** <br><br> **Florida Citizens Bank** <br> **3919 W. Newberry Road** <br> **Gainesville, FL 32607** | | - | Checking Acct. | | | | 137.79 |
| Account No. **xxxxxxx7067** <br><br> **Florida Citizens Bank** <br> **3919 W. Newberry Road** <br> **Gainesville, FL 32607** | | - | Checking Acct. | | | | 959.97 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,175.66

B6F (Official Form 6F) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx7067** <br><br> **Florida Citizens Bank** <br> **3919 W. Newberry Road** <br> **Gainesville, FL 32607** | | - | | Checking Acct. | | | | **Unknown** |
| Account No. **xxxxxxxxxxx1553** <br><br> **Home Depot Credit Services** <br> **Dept. 32-2002681553** <br> **P.O. Box 183175** <br> **Columbus, OH 43218** | | - | | Credit card purchases | | | | **721.92** |
| Account No. **xxxxx1555** <br><br> **IPFS Corporation** <br> **P.O. Box 412086** <br> **Kansas City, MO 64141** | | - | | Insurance | | | | **620.99** |
| Account No. <br><br> **Jeff Reecer** <br> **416 Wildflower Lane** <br> **Burnsville, NC 28714** | | - | | Equipment Sales/Leasing | | | | **4,000.00** |
| Account No. <br><br> **Judit Karpati** <br> **P.O. Box 100** <br> **Silver Springs, FL 34489** | | - | | Personal Loan | | | | **73,875.00** |

Sheet no. __4___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**79,217.91**

B6F (Official Form 6F) (12/07) - Cont.

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.  <br><br> **Law Ofc. Kenneth A. Glaspey** <br> **411 NE 25th Ave** <br> **Ocala, FL 34470** | | - | | **Legal expenses for Elliot et al v. Bennett et al** | | | | <br><br><br><br> **18,000.00** |
| Account No. **xxxx7323** <br><br> **Northland Insurance Co.** <br> **385 Washington St.** <br> **Saint Paul, MN 55102** | | - | | **Insurance** | | | | <br><br><br><br> **Unknown** |
| Account No. **xxxxxx-xx3161** <br><br> **Ocala Electric** <br> **201 SE 3rd Street** <br> **Ocala, FL 34471** | | - | | **Utilities** | | | | <br><br><br><br> **1,584.40** |
| Account No.  <br><br> **Patrick O'Reilly** <br> **8991 SW 19th Ave. Rd.** <br> **Ocala, FL 34476** | | - | | **Personal Loan** | | | | <br><br><br><br> **70,000.00** |
| Account No.  <br><br> **PC Cleric** <br> **8255 SE 126th Place** <br> **Belleview, FL 34420** | | - | | **Equipment Sales/Leasing** | | | | <br><br><br><br> **265.00** |

Sheet no. __5___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**89,849.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Downtown Pawn & Gun, Inc.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Phil Padwotz** | | - | | | | | | 0.00 |
| Account No. **xx8770**<br><br>**Safeguard Business Systems**<br>P.O. Box 88043<br>Chicago, IL 60680 | | - | | Collections | | | | 66.90 |
| Account No.<br><br>**Syndicated Capital**<br>138 Palm Coast Pkwy NE<br>Palm Coast, FL 32137 | | - | | Personal Loan | | | | 73,875.00 |
| Account No. **xxxxxxxxx-x0001**<br><br>**Verizon Bankruptcy Dept.**<br>P.O. Box 3037<br>Bloomington, IL 61702 | | - | | Utilities | | | | 194.30 |
| Account No. **xxxx1075**<br><br>**Vertical Computer Systems**<br>1591 E. Atlantic Blvd. #103<br>Pompano Beach, FL 33060 | | - | | Utilities | | | | 375.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,511.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Downtown Pawn & Gun, Inc.**                                         ,          Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Collections | | | | |
| **Walter Elliot c/o George Franjola Gillagan, Gooding 1531 SE 36th Ave Ocala, FL 34471** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Total
(Report on Summary of Schedules)          **336,200.91**

B6G (Official Form 6G) (12/07)

In re __Downtown Pawn & Gun, Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

__0__
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __Downtown Pawn & Gun, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Downtown Pawn & Gun, Inc.**

_____
Debtor(s)

Case No.  _____

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **62** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 25, 2015**
_____

Signature  **/s/ Gary Bennett**
_____
**Gary Bennett**
**President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Downtown Pawn & Gun, Inc.**                                          Case No. _____
                                                    Debtor(s)          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2015 YTD: Debtor Business Income** |
| $-32,123.00 | **2014: Debtor Business Income** |
| $-6,290.00 | **2013: Debtor Business Income** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None  **Complete a. or b., as appropriate, and c.**
■

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
■    immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None  c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■    creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **WALTER R. ELLIOTT, III and MARA L. ELLIOTT, Co-Trustees of the WALTER R. ELLIOTT, III REVOCABLE TRUST DATED MARCH 30, 2006; WALTER R. ELLIOTT, III; TRACI HEINRICH; JASON HEINRICH; and LISA CSEPANY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GARY L BENNETT, DORIS BENNETT, OCALA GOLD & DIAMOND CENTER, INC., A Florida Corporation, and UNKNOWN PARTIES IN POSSESSION,** | **Collection** | **Marion County Court PO Box 1030 Ocala, FL 34478** | **Pending** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

#### 5.  Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

#### 6.  Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

#### 7.  Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8.  Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Kenneth A. Glaspey, Esq.**<br>**411 NE 25th Ave**<br>**Ocala, FL 34470** | | **$1,465.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sleeth & Associates**<br>**1015 NE 8th Ave.**<br>**Ocala, FL 34470** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Sleeth & Associates** | **1015 NE 8th Ave.**<br>**Ocala, FL 34470** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gary Bennett** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 25, 2015**            Signature  **/s/ Gary Bennett**
                                                   **Gary Bennett**
                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Downtown Pawn & Gun, Inc.**         Case No. _____

                        Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 25, 2015**           **/s/ Gary Bennett**
                                      **Gary Bennett**/**President**
                                      Signer/Title

Downtown Pawn & Gun, Inc.
33 NW 10th Street
Ocala, FL 34475

Arthur J. Mathis
3725 NE 5th St.
Ocala, FL 34480

Burke Insurance Services
P.O. Box 1134
Dunedin, FL 34697

Kenneth A. Glaspey
Law Offices of Kenneth A. Glaspey, Esq.
411 NE 25th Ave
Ocala, FL 34470

Ashley Bacon
5140 SE 29th St. #B
Ocala, FL 34480

Candace Rightsell
4014 NE 6th Place
Ocala, FL 34470

Alexandria Potts
16630 NE 35th Terrace
Citra, FL 32113

Bank of America
P.O. Box 45144
Jacksonville, FL 32232

Cardini Leather USA
15362 SW 25 Terr.
Miami, FL 33185

Alfred Thomas
P.O. Box 472
Reddick, FL 32686

Barbara L. McNeal
724 NE 12th Street
Ocala, FL 34470

Carla A. Hill
3541 E. Ft. King St. 148-D
Ocala, FL 34471

American Express
P.O. Box 650448
Dallas, TX 75265

Barry Cannon
P.O. Box 974
Fairfield, FL 32634

CDM Arms
P.O. Box 5801
Ocala, FL 34478

Amscot
P.O. Box 25137
Tampa, FL 33622

Big Rock Sports
P.O. Box 11407
Dept. 788
Birmingham, AL 35246

CenturyLink
P.O. Box 1319
Charlotte, NC 28201

Angel L. Robinson
9001 SW 20th St. Apt. 1006
Ocala, FL 34474

Billy G. McConnell
P.O. Box 526
Fort Mc Coy, FL 32134

Charles Clayton
14268 NE 53rd Court Road
Citra, FL 32113

Annette C. Darby
2659 NE 35th St. PMB #18
Ocala, FL 34479

Brad Richell
3120 SE 4th St.
Ocala, FL 34471

Charles Jones
14590 NE 250th Avenue
Salt Springs, FL 32134

Anthony S. Guillen
2727 NE 42nd Rd.
Ocala, FL 34470

Brian Slanery
125 NE 28th Avenue
Ocala, FL 34470

Charles McCoy
525 SE 56th Avenue
Ocala, FL 34480

Charlotte Stupelis
9113 NW 59th Court
Ocala, FL 34482

CLD Investments
101 NE 16th Ave.
Ocala, FL 34470

Dawn Birdsdy
141 NE 47th Court
Ocala, FL 34470

Chevron and Texaco
P.O. Box 70995
Charlotte, NC 28272

Cory Bills
47902 Deer Crossing Rd.
Altoona, FL 32702

Debra M. Hart
4003 SW 4th Avenue
Ocala, FL 34471

Christopher M. Abbate
1612 NE 17th Ct.
Ocala, FL 34470

Cox Fire Protection
3686 NE 45th Place
Ocala, FL 34479

Delores Monahan
15585 NW Gainesville Rd.
Citra, FL 32113

Christy Edwards
144 Pecan Drive
Ocala, FL 34472

Coy Brooks
P.O. Box 344
Reddick, FL 32686

Denise Farbsten
5001 SW 20th St. Unit 7803
Ocala, FL 34474

Citi Cards
Box 6062
Sioux Falls, SD 57117

Cynthia Murry
P.O. Box 1077
Citra, FL 32113

Dessie (Vicki) Turner
6340 NW 13th Ave.
Ocala, FL 34475

Citi Merchant Services
P.O. Box 6600
Hagerstown, MD 21740

Damian Cart
1605 NE 38th Terrace
Ocala, FL 34470

DirectTV
P.O. Box 5392
Miami, FL 33152

Citizens First
1050 Lake Sumter Landing
The Villages, FL 32162

Daniel Leslie Boyd
2555 NE 49th St.
Ocala, FL 34479

Don Johnson
1401 N. Halifax
Daytona Beach, FL 32118

City of Ocala
201 SE 3rd Street
Ocala, FL 34471

David Glorius
3969 NE 67th Terrace
Silver Springs, FL 34488

Donald Swearingen
377 NW 14th Street
Ocala, FL 34475

Clardy Oil Company
P.O. Box 849
Ocala, FL 34478

David Wade
923 NE 2nd Street
Ocala, FL 34470

Donna Campbell
P.O. Box 5013
Ocala, FL 34478

Dwayne Orme
15259 NE 84th Place
Silver Springs, FL 34488

Frances L. Kelley
2863 SE 145th Street
Summerfield, FL 34491

Heidi Holland
1147 SE 35th Avenue
Ocala, FL 34471

Ed Fisher
5324 SW 31st Street
Ocala, FL 34474

Fred McGinnis
66 Redwood Road
Ocala, FL 34472

Henry M. Teuton
28 NW 14th Street
Ocala, FL 34475

Edward Whitlock
10155 SW 100th Ave.
Ocala, FL 34481

Gary Boyd
3310 NE 49th Street
Ocala, FL 34479

Home Depot Credit Services
Dept. 32-2002681553
P.O. Box 183175
Columbus, OH 43218

Ellett Brothers
267 Columbia Ave.
Chapin, SC 29036

Gary Kenyon
2020 NE 79th Place
Ocala, FL 34479

IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141

Elljean Katther
6049 NW 61st Lane
Ocala, FL 34482

Gary M. Kenyon
2020 NE 79th Place
Ocala, FL 34479

Ismael Torres
13344 SW 29th Circle
Ocala, FL 34473

Elvira Williams
P.O. Box 5945
Ocala, FL 34478

George Glick
9394 SW 101st Place
Ocala, FL 34481

Jack E. Chilton
500 SW 139th Avenue
Ocala, FL 34481

Fletcher J. Kingcade
10305 NW 63rd St.
Ocala, FL 34482

Gordon Goodwin
7450 NW Gainesville Road
Ocala, FL 34475

Jacqueline Biggers
609 SE 31st Avenue
Ocala, FL 34471

Florida Citizens Bank
3919 W. Newberry Road
Gainesville, FL 32607

Gretchen Arnold
1416 NE 32nd Terrace
Ocala, FL 34470

Jaime Gibson
853 NE 77th Lane
Ocala, FL 34479

Florida Dept. of Revenue
5050 W. Tennessee St.
Bldg. L
Tallahassee, FL 32399

Heather Halvorsen
4250 NW 22nd Ave.
Ocala, FL 34475

James C. Roberts Jr.
P.O. Box 242
Fort Mc Coy, FL 32134

James Kent
956 NE 6th Street
Ocala, FL 34470

James Roberts
P.O. Box 242
Fort Mc Coy, FL 32134

Jay Peterson
910 NE 18th St.
Ocala, FL 34470

Jeanette Velasquez
3413 NE 15th Ave.
Ocala, FL 34479

Jeff Reecer
416 Wildflower Lane
Burnsville, NC 28714

Jeff Wilkerson
9801 SE 160th Ave.
Ocklawaha, FL 32179

Jennifer Lynmn Johnson
3459 NE 11th Street
Ocala, FL 34470

Jesse White
2724 NE 24th Place
Ocala, FL 34470

Jobria Walker
56 Hemlock Circle
Ocala, FL 34472

John Bienko
P.O. Box 5193
Ocala, FL 34478

John Johnston
P.O. Box 44
Ocala, FL 34478

John Lofey
951 NE 16th St. Ste. A
Ocala, FL 34470

John Plunkett
P.O. Box 5801
Ocala, FL 34478

Jolene Haley
23482 NE 110th Court
Fort Mc Coy, FL 32134

Jonathan M. Cronmiller
15130 Ne 150th Ln.
Fort Mc Coy, FL 32134

Jordan Libby
10167 NE Highway 314
Silver Springs, FL 34488

Joseph C. Pace
5300 NE 14th Ave. Apt 1
Ocala, FL 34479

Joseph E. Fischer
608 SE 41st Avenue
Ocala, FL 34471

Josue Samuel Brown
4037 NW Blitchton Rd apt52B
Ocala, FL 34475

Judit Karpati
P.O. Box 100
Silver Springs, FL 34489

Jules Bouckhuyt
5140 SE 18th Street
Ocala, FL 34480

Justin L. Cowart
16337 NE 154th Street
Fort Mc Coy, FL 32134

Justin R. Harrison
55 Pecan Pass
Ocala, FL 34472

Kalvin Francis
191 N 314A
Silver Springs, FL 34488

Kashunda Parker
Oak Lane Drive
Ocala, FL 34472

Kathy Patel
3696 E. Yandle Place
Inverness, FL 34453

Katirria Miranda
6121 NW 60th Street
Ocala, FL 34482

Keith Gross
1057 NE 19th Street
Ocala, FL 34470

Leroy Epps
5921 NW 9th Street
Ocala, FL 34482

Lynn Grimsley
4330 NE 2nd Court
Ocala, FL 34479

Kevin L. Samuel
3050 SE 62 St.
Ocala, FL 34480

Leslie Bahn
1753 NE 12th Street
Ocala, FL 34470

Marsha F. Tripp
5925 SE 46th Ave. Rd.
Ocala, FL 34480

Kimberly A. Terrell
600 SW 38th Ave. Lop 70
Ocala, FL 34470

Linda Harven
2806 SW 16th Place
Ocala, FL 34474

Megan R. Evans
4065 Dahl Dr.
Lake Worth, FL 33463

Kimberly R. Chete
110 Ne 12th Terrace, Apt. 1
Ocala, FL 34470

Linda Pauley
2210 SE 16th Court
Ocala, FL 34470

Melissa Jenkins
9901 N. Corlandt Dr.
Dunnellon, FL 34434

Kimberly Tyler
27 Bahia Court Track
Ocala, FL 34472

Lisa M. Cochran
1102 Howard St. E
Live Oak, FL 32064

Michael A. Clark
25 SW 134th Ct.
Ocala, FL 34481

Lakaysha Rupledge
502 NW 6th Terrace
Ocala, FL 34475

Lois Johnson
3151 NE 56th St. Lot M 8
Silver Springs, FL 34488

Michael A. Kluck
69 Dogwood Dr. Lp.
Ocala, FL 34472

Larry Brown
9309 Spring Terrace
Ocala, FL 34472

Lonie Walker
1914 NW 12th Avenue
Ocala, FL 34475

Michael R. Russell
970 NE 18th St.
Ocala, FL 34470

Law Ofc. Kenneth A. Glaspey
411 NE 25th Ave
Ocala, FL 34470

Lori L. Willis
5408 Pecan Rd.
Ocala, FL 34472

Michele Frank Debari
8678 SW 95th St. #D
Ocala, FL 34481

Leigh Gallups
2407 SE 18th circle
Ocala, FL 34471

Lucy C. Graham
14000 Ne 47th Avenue
Anthony, FL 32617

Mike Martin
1134 E. Silver Springs Blvd.
Ocala, FL 34470

Miladros  Torres
15320 SW 43rd Ave. Rd.
Ocala, FL 34473

Patrick  O'Reilly
8991 SW 19th Ave. Rd.
Ocala, FL 34476

Rene  Lovett
9305 SE 106th Place
Belleview, FL 34420

Nathaniel Pullings Jr.
1026 SW 5th St.
Ocala, FL 34471

PC Cleric
8255 SE 126th Place
Belleview, FL 34420

Renita  Thornton
10650 NW County Hwy. 318
Reddick, FL 32686

Northland  Insurance  Co.
385 Washington St.
Saint Paul, MN 55102

Phil  Padwotz

Rhoda  Pilcher
6735 NW 60th Street
Ocala, FL 34482

Ocala  Electric
201 SE 3rd Street
Ocala, FL 34471

Philip  Briasco
7 Lakewood Circle
Ocala, FL 34482

Rich  Monsignore
P.O. Box 905
Anthony, FL 32617

Odessa  Troutman
18040 SW 31st Street
Dunnellon, FL 34432

Phillip  Kent
1612 NE 25th Ave. Lot 62
Ocala, FL 34470

Robert D. Turpin
5951 NE 22nd Ave.
Ocala, FL 34479

Pat  Raveling
P.O. Box 25
Sparr, FL 32192

Phyllis  Mulkey
8961 SE 88th Lane
Ocala, FL 34472

Robert  Wellborn
4809 NE 2nd Loop
Ocala, FL 34470

Patricia  Joanne  Booth
22350 NE 106th Avenue
Fort Mc Coy, FL 32134

Randy  McCoin
17680 SW 34th Street
Dunnellon, FL 34432

Ronald  Newton
15399 NE 107th Terrace Road
Fort Mc Coy, FL 32134

Patricia  Jones
3504 SE 33rd Court
Ocala, FL 34471

Raymond  Wiles
1773 Nw 44th Street
Ocala, FL 34475

Ronald  Stewart
1149 NE 70th Street
Ocala, FL 34479

Patricia  Wisler
3151 NW 44th Ave., Lot. 111
Ocala, FL 34482

Rena  Thornton
10650 NW County Hwy. 318
Reddick, FL 32686

Ronald  Woodard
31 Fisher Run Terrace
Ocklawaha, FL 32179

Roxanne Michael
2815 N. Pine Avenue, Lot 23
Ocala, FL 34475

Russell W. Smith
9910 SW 196th Ct.
Dunnellon, FL 34432

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680

Samantha Burris
P.O. Box 425
Reddick, FL 32686

Sara Crampton
7865 W. Highway 40, Lot 136

Sarah Bryant
3560 SW 36th Ln. Apt A
Ocala, FL 34474

Sarah Chanavorachai
1605 NE 38th Terrace
Ocala, FL 34470

Scott West
36 Bahia Pass
Ocala, FL 34472

Sharon I. Tanner
6701 NW 47th Ave.
Ocala, FL 34482

Sharon Mills
5721 NW 16th Place
Ocala, FL 34482

Sharon Sinha
1236 SW 3rd Street
Ocala, FL 34471

Shawn Hamilton
2955 NW 32nd Place
Ocala, FL 34479

Sherry Pryor
3261 NE 57th Ave. Apt D
Silver Springs, FL 34488

Sidney Douglas
2 Teak Loop Lane
Ocala, FL 34470

Starene L. Daymon
621 NW 2nd St. #1808
Ocala, FL 34475

Susan Lorincz
3680 NW 115th Avenue
Ocala, FL 34482

Syndicated Capital
138 Palm Coast Pkwy NE
Palm Coast, FL 32137

Terkessa Reynolds
514 Bahia Track Run
Ocala, FL 34472

Terry Hickman, Jr.
8025 E. Highway 316
Fort Mc Coy, FL 32134

Terry Place
271 SE 52nd Court
Ocala, FL 34471

Thomas Johnson
3151 NE 56th St. Lot M 8
Silver Springs, FL 34488

Thomas L. Joseph
2701 NE 7th St. #904
Ocala, FL 34470

Timothy Mosley
8781 NE 27th Terrace
Anthony, FL 32617

Toby Green
2021 NW 40th Street
Ocala, FL 34475

Toby L. Greene
2021 NW 40th Street
Ocala, FL 34475

Travis Edwards
144 Pecan Drive
Ocala, FL 34472

Verizon Bankruptcy Dept.
P.O. Box 3037
Bloomington, IL 61702

Vernon  Jacobs
1621 NW 3rd Street
Ocala, FL 34475

William  H.  Westphal
1336 NE 33rd Street
Ocala, FL 34479

Veronica  Harraman
2730 NE 42nd Place
Ocala, FL 34479

William  Medley
99 Fisher Lane Run
Ocklawaha, FL 32179

Vertical  Computer  Systems
1591 E. Atlantic Blvd. #103
Pompano Beach, FL 33060

William  Prendergast
2830 NE 32nd Place
Ocala, FL 34479

Veterans  Helping  Veterans
1527 NE 8th Ave.
Ocala, FL 34470

William  Rightsell
4014 NE 6th Place
Ocala, FL 34470

Virgie  Cruz
P.O. Box 2283
Silver Springs, FL 34489

Walter  Elliot
c/o George Franjola
Gillagan, Gooding
1531 SE 36th Ave
Ocala, FL 34471

Wayne  Cook
7101 W. Anthony Rd Lot 47
Ocala, FL 34479

William  Dyals
608 NE 21st Street
Ocala, FL 34470

William  E.  Prendergast
2830 NE 42nd Place
Ocala, FL 34479

# United States Bankruptcy Court
## Middle District of Florida

In re    **Downtown Pawn & Gun, Inc.**                                    Case No.
                                            Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                    $              **2,500.00**

    Prior to the filing of this statement I have received          $              **1,465.00**

    Balance Due                                                    $              **1,035.00**

2.  $  **335.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 25, 2015**                    **/s/ Kenneth A. Glaspey**
                                                 **Kenneth A. Glaspey**
                                                 **Law Offices of Kenneth A. Glaspey, Esq.**
                                                 **411 NE 25th Ave**
                                                 **Ocala, FL 34470**
                                                 **(352) 304-6565   Fax: (352) 509-3033**
                                                 **ken@kennethaglaspey.com**

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **Downtown Pawn & Gun, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Downtown Pawn & Gun, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 25, 2015**

Date

**/s/ Kenneth A. Glaspey**

**Kenneth A. Glaspey**

Signature of Attorney or Litigant

Counsel for   **Downtown Pawn & Gun, Inc.**

**Law Offices of Kenneth A. Glaspey, Esq.**

**411 NE 25th Ave**
**Ocala, FL 34470**
**(352) 304-6565 Fax:(352) 509-3033**
**ken@kennethaglaspey.com**